UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TANNER J. STEPHENS and BONNIE J. OGILVIE, a married couple,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>　　　　　　　　　　Defendant. | NO.  3:23-cv-05758-DGE<br><br>**STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND PROPOSED ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 19, 2023** |

　　　Plaintiffs Tanner J. Stephens and Bonnie J. Ogilvie ("Plaintiffs") and Defendant State Farm Fire and Casualty Company ("State Farm") hereby stipulate to a 60-day extension of pre-trial deadlines. The Parties are currently engaged in negotiating a potential settlement.  Hence, in the interest of judicial efficiency, the parties respectfully request a 60-day extension of the pre-trial deadlines as follows:

| Pre-trial event | Current Deadline | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference | November 13, 2023 | January 12, 2024 |
| Initial Disclosures | November 20, 2023 | January 19, 2024 |

STIPULATED MOTION TO EXTEND
CERTAIN PRE-TRIAL DEADLINES AND
PROPOSED ORDER - 1
Case No. 3:23-cv-05758-DGE

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| Joint Status Report and Discovery Plan | November 27, 2023 | January 26, 2024 |

I certify that this memorandum contains 93 words, in compliance with the Local Civil Rules.

Dated:  October 19, 2023

GORDON REES SCULLY MANSUKHANI, LLP


By: _s/Sally S. Kim_
    Sally S. Kim, WSBA #35289
    Alexander A. Jurisch, WSBA #53552
    *Attorneys for Defendant State Farm Fire and Casualty Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
       ajurisch@grsm.com


LEVY | VON BECK | COMSTOCK | P.S


By: _s/Seth E. Chastain_
    Seth E. Chastain, WSBA #43066
    Claire W. Boren, WSBA #56909
    *Attorneys for Plaintiffs Tanner J. Stephens and Bonnie J. Ogilvie*
Levy | Von Beck | Comstock | P.S.
1200 Fifth Avenue, Suite 1850
Seattle, WA  98101
Phone:  (206) 626-5444
Fax:  (206) 626-5444
Email:  sechastain@levy-law.com
       claire@levy-law.com

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND PROPOSED ORDER - 2
Case No. 3:23-cv-05758-DGE

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# ORDER

Having considered the Parties' Stipulated Motion to Extend Certain Pre-Trial Deadlines, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. The pre-trial deadlines are extended as outlined above.

IT IS SO ORDERED.

DATED this 23rd day of October, 2023.

David G. Estudillo
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
   Sally S. Kim, WSBA #35289
   Alexander A. Jurisch, WSBA #53552
*Attorneys for Defendant State Farm Fire and Casualty Company*

LEVY | VON BECK | COMSTOCK | P.S

By: *s/Seth E. Chastain*
   Seth E. Chastain, WSBA #43066
   Claire W. Boren, WSBA #56909
*Attorneys for Plaintiffs Tanner J. Stephens and Bonnie J. Ogilvie*

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND PROPOSED ORDER - 3
Case No. 3:23-cv-05758-DGE

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822